IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:12-261 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **CRAIG LITTLES** | ) | **(Dismissing Indictment)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:12-261, filed March 27, 2012 against the Defendant, CRAIG LITTLES, be and the same is hereby dismissed without prejudice.

s/Terry L. Wooten<br>
TERRY L. WOOTEN<br>
CHIEF UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 16, 2014